IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL HARGROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 5:12-CV-47 (MTT) |
| | ) |
| WARDEN GLEN JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 42) of United States Magistrate Judge Charles H. Weigle on the Defendants' Motion to Dismiss (Doc. 24). The Magistrate Judge recommends granting the Defendants' Motion because the Plaintiff has "exceeded the three strikes allowed by § 1915(g)." (Doc. 42 at 4). Further, the Plaintiff's Complaint is subject to dismissal for "abuse of the judicial process," because he provided false information in the complaint. (Doc. 42 at 5). The Plaintiff did not object to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Accordingly, the Defendants' Motion to Dismiss is **GRANTED**, and the Plaintiff's Complaint is **DISMISSED**.

**SO ORDERED**, this the 11th day of September, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT